## 26759. HOUSING AUTHORITY OF DECATUR v. WESTERN UNION TELEGRAPH COMPANY.

HAWES, Justice. We granted certiorari to review the judgment of the Court of Appeals in *Housing Authority of Decatur v. Western Union Telegraph Co.*, 124 Ga. App. 181 (183 SE2d 227). Upon consideration of the case, we are of the opinion that the Court of Appeals correctly decided this case and its judgment is

*Affirmed. All the Justices concur, except Felton, J., who dissents.*

ARGUED NOVEMBER 9, 1971—DECIDED DECEMBER 2, 1971.

*McCurdy, Candler & Harris, George H. Carley,* for appellant.

*Heyman & Sizemore, Robert E. Hicks, Louis C. Parker, III,* for appellee.